UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-1659-GW(JCx) | Date | October 26, 2016 |
|---|---|---|---|
| Title | *IV Solutions, Inc. v. United Healthcare Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 21, 2016, Defendant United Healthcare Insurance Company filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for November 21, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on November 18, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG